UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DARRYL MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** FILED: MAY 5, 2008 |
| | ) | 08 CV 2540    JH |
| **v.** | ) | **Judge** JUDGE DOW |
| | ) | MAGISTRATE JUDGE COLE |
| **P.O. K.K. HARRIS #14236 and P.O. D.A.** | ) | **Magistrate Judge** |
| **SOLSKI #19650, individually,** | ) | |
| | ) | **Jury Demand** |
| **Defendants.** | ) | |

## COMPLAINT

NOW COMES the Plaintiff, DARRYL MOORE, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendants, P.O. K.K. HARRIS #14236 and P.O. D.A. SOLSKI #19650, individually, as follows.

## COUNT I - FALSE ARREST

1.  This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under the color of law.

2.  Jurisdiction is based on Title 28 U.S.C §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.  The Plaintiff, DARRYL MOORE, at all relevant times, was a resident of the City of Chicago.

4.  The Defendants, P.O. K.K. HARRIS #14236 and P.O. D.A. SOLSKI #19650, at all relevant times, were duly authorized police officers acting within their scope of employment and under color of law.

1

5. On December 7, 2007 the Plaintiff was in his home at 239 W. 105th Street in Chicago, Illinois when his brother told him there were three unknown individuals on their front porch.

6. The Plaintiff questioned who they were and asked them to leave the front porch.

7. The individuals told the Plaintiff they were police officers.

8. The individuals said they would not leave so the Plaintiff called the police department to complain.

9. A sergeant arrived on the scene to investigate.

10. The Plaintiff was not committing a crime or breaking any laws.

11. Without any probable cause the Defendants arrested the Plaintiff for obstructing.

12. The actions of the Defendants were intentional, wilful and wanton.

13. Said actions of the Defendants violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violations of said rights protected by 42 U.S.C. §1983.

14. As a direct and proximate consequence of said conduct of the Defendants, P.O. K.K. HARRIS #14236 and P.O. D.A. SOLSKI #19650, the Plaintiff, DARRYL MOORE, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss pain and suffering.

WHEREFORE, the Plaintiff, DARRYL MOORE, prays for judgment in his favor and against the Defendants, P.O. K.K. HARRIS #14236 and P.O. D.A. SOLSKI #19650, jointly and severally, in an amount in excess of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS in compensatory damages, and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS in punitive damages, plus reasonable attorney's fees and costs.

## JURY DEMAND

The Plaintiff, DARRYL MOORE, requests a trial by jury.

Respectfully Submitted,

/s/ Gregory E. Kulis
GREGORY E. KULIS & ASSOC.

Gregory E. Kulis & Associates
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
312-580-1830