IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL MOORE, | ) | |
| Plaintiff, | ) | NO. 08 C 2540 |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| P.O. K.K. HARRIS, et al., | ) | MAGISTRATE COLE |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Ronak Patel
      Gregory E. Kulis & Associate
      30 North LaSalle Street, Suite 2140
      Chicago, IL 60602
      312-580-1830

**PLEASE TAKE NOTICE** that on Tuesday, June 17th, at 9:15 a.m., or as soon thereafter as counsel may be heard, before the Honorable Robert M. Dow Jr., or whomever shall be sitting in his stead, in Room 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *AGREED MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD*.

Respectfully submitted,

/s/ JOEL G. SANDOVAL
Joel G. Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 6290664