**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DARRYL MOORE, | ) | |
|         Plaintiff, | ) | NO.  08 C 2540 |
| | ) | |
|    v. | ) | JUDGE DOW |
| | ) | |
| P.O. K.K. Harris, et al, | ) | MAGISTRATE COLE |
|         Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing *AGREED MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD* and *NOTICE OF MOTION* was served via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, in accordance with the rules on electronic filing of documents on the 10th day of June, 2008.

Respectfully submitted,

/S/ JOEL G. SANDOVAL
JOEL G. SANDOVAL
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-5146
Atty. No. 06290664