# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Darryl Moore

                Plaintiff,

v.                                      Case No.: 1:08–cv–02540
                                            Honorable Robert M. Dow Jr.

K. K. Harris, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendants K. K. Harris, D. A. Solski for extension of time [12]to answer or otherwise plead is granted to and including 7/23/08. Status hearing date of 7/17/08 is stricken and status hearing reset to 7/24/08 at 9:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.