UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DARRYL MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 08 C 2540 |
| ) | |
| v. ) | Judge Dow |
| ) | |
| **P.O. K.K. HARRIS #14236 and P.O. D.A.** ) | Magistrate Judge Cole |
| **SOLSKI #19650, P.O. D.M. FORD #5115** ) | |
| **P.O. R.T. MALONE #17484, P.O. REED** ) | Jury Demand |
| **#8717, and P.O. LINDSAY #4952,** ) | |
| **individually,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT INITIAL STATUS REPORT

NOW COME the parties, Plaintiff, DARRYL MOORE, and Defendants, OFFICERSE HARRIS, SOLSKI, FORD, MALONE, REED, and LINDSAY, by and through their respective attorneys of record, and for their Joint Initial Status Report state:

1. **The Nature of the Case**

    A. **The attorneys of record:**

    For the Plaintiff:
    Ms. Ronak Patel, Mr. Gregory Kulis, Ms. Shehnaz Mansuri, Ms. Kathy Ropka, and Mr. David Lipschultz.
    Gregory E. Kulis & Associates
    30 N. LaSalle St., Ste. 2140
    Chicago, IL 60602

    Should this case go to trial, it is anticipated that Ms. Patel and Mr. Kulis will be the trial attorneys.

    For the Defendant:
    Joel Sandoval
    City of Chicago, Corporation Counsel
    30 N. LaSalle, 14th Floor
    Chicago, IL 60602

       Should this case go to trial, it is anticipated that Mr. Sandoval will be a trial attorney for the Defendants.

**B.**   **Basis for Federal Jurisdiction:** This court has jurisdiction under and by virtue of 28 U.S.C. § 1983 and § 1988.

**C.**   **Nature of Claims asserted in the complaint and any counterclaims:** The Plaintiff's Complaint sets forth one alleged Section 1983 claim for false arrest. There are no counterclaims in this matter.

**D.**   **Status of service:** All Defendants have been served in this matter.

**E.**   **The principal legal issues:** The principal legal issues in this case include: (1) whether the Plaintiff was falsely arrested by the Defendant.

**F.**   **The principal factual issues:** The principal factual issues in this case include: (1) whether or not Defendant had probable cause to arrest Plaintiff; (2) the facts and circumstances surrounding the arrest of Plaintiff; and (3) the nature and extent of Plaintiff's damages.

**G.**   **Jury demand**: Plaintiff demands a trial by jury.

**H.**   **Discovery plan**:

    A.   Parties will engage in written discovery and depositions of individuals known to have information on this matter.

    B.   Parties will exchange Rule 26(a)(1) disclosures to Plaintiff by August 26, 2008.

    C.   The parties anticipate that fact discovery will be completed by December 26, 2008

    D.   No experts have been identified at this time.

    E.   All dispositive motions should be filed by January 26, 2009.

**I.**  **Trial:**  At this time, parties anticipate that the trial will take between 2-3 days and anticipate being ready for trial May 2009.

**J.**  **Consent to proceed before a magistrate judge:**  There is no mutual consent to proceed before the magistrate judge.

**K.**  **Settlement discussions:**  No settlement discussions have yet occurred.  The parties anticipate that settlement discussions may commence upon Plaintiff's receipt of Defendant's answer and the exchange of written discovery.

L.  **Settlement conference**:  Parties may request a settlement conference at some later date.

Submitted by,

/s/ Ronak Patel
Attorney for Plaintiff

/s/ Joel Sandoval
Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DARRYL MOORE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-C-2540 |
| | ) | |
| v. | ) | Judge Dow |
| | ) | |
| **P.O. K.K. HARRIS #14236 and P.O. D.A.** | ) | Magistrate Judge Cole |
| **SOLSKI #19650, P.O. D.M. FORD #5115** | ) | |
| **P.O. R.T. MALONE #17484, P.O. REED** | ) | Jury Demand |
| **#8717, and P.O. LINDSAY #4952,** | ) | |
| **individually,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:  Joel G. Sandoval
     City of Chicago, Corporation Counsel
     30 N. LaSalle St., Suite 1400
     Chicago, IL 60602

PLEASE TAKE NOTICE that on this 16th day of July 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **JOINT STATUS REPORT.**

                              /s/ Ronak D. Patel
                              GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 16th day of July 2008, I, RONAK D. PATEL, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

                              /s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**

S:\Federal Cases\Moore v. Harris et al\Pleadings\Notice of Filing.doc

**Chicago, IL 60602**
**(312) 580-1830**

2