UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 2540 |
|---|---|
| DARRYL MOORE, Plaintiff | JUDGE DOW |
| v. | |
| P.O. K.K. Haris, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Chicago Police Officers Kristopher Lindsay, Darius Ford, Reginald Malone, and Brian Reed

| | |
|---|---|
| SIGNATURE /S/ JOEL G. SANDOVAL | |
| FIRM City of Chicago, Corporation Counsel | |
| STREET ADDRESS 30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06290664 | TELEPHONE NUMBER 312.742.5146 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |