UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL MOORE, | ) | |
| | ) | Case No. 08 C 2540 |
| Plaintiff, | ) | |
| | ) | Judge Dow |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| K. K. HARRIS, et al., | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Ronak Patel
      Gregory Kullis & Associates
      30 N. LaSalle #2140
      Chicago, IL 60602
      312.580.1830

**PLEASE TAKE NOTICE** that I have this day, July 23, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *DEFENDANTS' ANSWER, 12(b)(6) DEFENSES, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,* a copy of which is served to you via e-filing, and "Filing Users" pursuant to Case Management/Electronic Case Files, in accordance with the rules on electronic filing of documents.

Respectfully submitted,

/s/ **JOEL G. SANDOVAL**
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664